IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY LEO VLEISIDES,<br><br>Defendant. | CR 21-12-M-DLC<br><br>ORDER |

The Court having approved the pretrial release plan for Defendant Timothy Leo Vleisides,

IT IS ORDERED that the U.S Marshals shall promptly transport Defendant to the Russell Smith Courthouse in Missoula for processing by pretrial services.

DATED this 7th day of March, 2022.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1