IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21–12–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| TIMOTHY LEO VLEISIDES, | |
| Defendant. | |

Before the Court is the United States' Motion to Revoke Magistrate Judge's Conditions of Release and to Detain the Defendant. (Doc. 101.) The United States appeals the Order of United States Magistrate Judge Kathleen L. Desoto releasing Defendant Timothy Leo Vleisides on his own recognizance, subject to conditions of release. (*Id.*) The Court held a hearing on this motion on April 21, 2022.

After applying 18 U.S.C. § 3142, and for the reasons stated on the record at the hearing, IT IS ORDERED that the motion (Doc. 101) is DENIED.

IT IS FURTHER ORDERED the Defendant shall remain released subject to the conditions of release previously imposed.

DATED this 21st day of April, 2022.

Dana L. Christensen, District Judge
United States District Court