IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR 21-12-M-DLC |
| vs. | ORDER |
| TIMOTHY LEO VLEISIDES, | |
| Defendant. | |

On June 22, 2022, Defendant Timothy Vleisides filed a motion to amend the conditions of his pretrial release. (Doc. 119). The Court held a hearing on the motion on June 30, 2022. Accordingly, and for the reasons stated in open court,

IT IS ORDERED that Defendant's motion is DENIED.

DATED this 30th day of June, 2022.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1